

ORDERED in the Southern District of Florida on November 9, 2022.



Peter D. Russin, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA FORT
LAUDERDALE DIVISION**

In re:                                                              CASE NO.: 22-15903 PDR

Asif Khan and Sabeen Khan                        CHAPTER 13
    Debtor(s)                                         /

**ORDER GRANTING MOTION FOR
RELIEF FROM STAY, AND
EXTENDING TIME FOR DISCHARGEABILITY COMPLAINT TO 30 days
AFTER DATE OF CONFIRMATION, BUT DENYING TRANSFER TO SMG
(ECF 34)**

**THIS MATTER** came before the Court for hearing on November 7, 2022 at 1 PM upon the *Motion for Relief from Stay* and motion to extend time to object to dischargeability to 30 days after confirmation, and motion to transfer to SMG (ECF No. 34), filed by Creditor Ali Panjwani ("Creditor"). Having considered the Motion, and for the reasons stated on the record at the hearing which shall constitute the decision of this Court, it is **ORDERED** that:

1. The Motion for Relief from Stay is **GRANTED.**

2. The Creditor has relief from the automatic stay to proceed, through judgment but not execution, in the state court case pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida (Case No. CACE18026971).

3. The motion to transfer to SMG is denied. But the motion to extend time to object to dischargeability is granted and extended to 30 days after confirmation.

###

Submitted by Joel M. Aresty, Esq., Joel M. Aresty P.A. 309 1st Ave S, Tierra Verde FL 33715, aresty@me.com, who shall serve a copy of this Order on all interested parties and file a certificate of service thereof.